

**ORDERED in the Southern District of Florida on March 23, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

                                          Case No.: **16-23987-JKO**

**Fareed Baksh,**

                                          Chapter   **13**

                Debtor.
_____/

### ORDER TO SHOW CAUSE WHY ATTORNEY DAVID W. LANGLEY SHOULD NOT BE SUSPENDED FROM PRACTICE OR SEVERELY SANCTION BY THIS COURT

**THIS CASE** is before the Court *sua sponte* upon Debtor's attorney David W. Langley's failure to upload an order granting the Debtor's Motion to Reinstate Case [ECF 29] after a hearing on March 6, 2017. Upon consideration, it is hereby **ORDERED** that a show-cause hearing will be conducted on April 3, 2017, at 1:00 PM in Courtroom 301, 299 East Broward Blvd, Fort Lauderdale, FL 33301. Attorney David W. Langley is hereby **DIRECTED** to appear and show cause as to why he should not be suspended from practice before this Court or otherwise severely sanctioned. David W. Langley must appear in person and may not make a telephonic appearance

via court call.

# # #

<u>Copies to:</u>

All parties in interest.