

**ORDERED in the Southern District of Florida on May 9, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

IN RE:

FAREED BAKSH,                                         CASE NO.: 16-23987-JKO

    Debtor.                                                         CHAPTER 13
_____/

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

THIS MATTER came before the Court for a hearing on May 8, 2017 upon the Court's Order to Show Cause Why Attorney David W. Langley Should Not Be Sanctioned by this Court [D.E. 32] (the "Order to Show Cause") and Order Continuing Order to Show Cause [D.E. 36] and Attorney David W. Langley's Notice of Compliance [D.E. 43], and the Court having considered the pleadings, the court file, and being otherwise duly advised in the premises, it is

ORDERED that the Order to Show Cause [D.E. 32] is DISCHARGED.

####

**Submitted by:**
    DAVID W. LANGLEY
    *Attorney for Debtor*
    8551 W. Sunrise Boulevard, Suite 303
    Plantation, Florida 33322
    Telephone:     954-356-0450
    Fax:                954-356-0451
    E-mail: dave@flalawyer.com
    Florida Bar Number 348279

The party submitting this order shall serve a copy of the signed order on all parties in interest and file with the court a certificate of service conforming with Local Rule 2002-1(F).